8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 30 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. B-96-197 |
| | * | |
| $4,245.00 DOLLARS IN | * | |
| UNITED STATES CURRENCY, | * | |
| Defendant. | * | |

### JUDGMENT BY DEFAULT AS TO ALL PERSONS AND ENTITIES AND FINAL ORDER OF <u>FORFEITURE AGAINST THE DEFENDANT CURRENCY</u>

THIS DAY came on to be heard Plaintiff's Motion for Default Judgment as to All Potential Claimants and for a Final Order of Forfeiture Against the Defendant Currency.

Having taken judicial notice of the matters on file in this case, the Court finds:

A) A verified Complaint for Forfeiture was filed in this case on October 31, 1996, which sets out probable cause to believe that $4,245.0 in United States Currency, hereinafter described as "the Defendant Currency," seized and detained in the manner described in the Complaint for Forfeiture, is subject to forfeiture by 21 USC § 881(a)(6);

B) Service was effected on all potential Claimants to the Defendant Currency both known and unknown;

C) No person or entity has filed a Claim, an Answer, or has appeared to defend this action;

D) The time for making a Claim and Answer having passed, all persons and entities are in default.

**IT IS ORDERED, ADJUDGED, AND DECREED:**

1) Judgment for Plaintiff is granted as to the interests of all persons and entities in the Defendant Currency;

2) A Final Order of Forfeiture is hereby entered against the Defendant Currency as to the interests of all persons and entities whatsoever;

3) By this Judgment, the United States of America has clear unencumbered title and sole ownership of the Defendant Currency;

4) The United States Marshal is Ordered to dispose of Defendant Currency according to law.

SIGNED FOR ENTRY at McAllen, Texas, on this the 30th day of March, 2000.

_____
FILEMON B. VELA
UNITED STATES DISTRICT JUDGE

2